# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ZONE FIVE, LLC, ET AL.,    ) | |
| ) | |
| Plaintiffs,    ) | CIVIL ACTION |
| ) | CASE NO. 6:20-CV-01059-DDC-KGG |
| v.    ) | |
| ) | District Judge Daniel D. Crabtree |
| TEXTRON AVIATION, INC.,    ) | Magistrate Judge Kenneth G. Gale |
| ) | |
| Defendant.    ) | |

## NOTICE OF VIDEOTAPED DEPOSITION
## OF DEFENDANT TEXTRON AVIATION, INC.'s EMPLOYEE BRIAN STEELE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, on July 27, 2023, commencing at 9:00 AM Central, and continuing each business day thereafter until completed, Plaintiffs, through their counsel, will take the videotaped, trial testimony, deposition(s) of Defendant Textron Aviation Inc.'s officer, director or managing agent BRIAN STEELE.

The deposition(s) will be facilitated by Veritext Legal Solutions, 435 Nichols Road, Suite 200, Kansas City, Missouri 64112, 888-391-3376, or other similar service by remote videoconferencing means, with a link to be provided prior to the deposition.

The deposition(s) will be taken before a certified shorthand reporter who is qualified to administer oaths in the State of Kansas. If the deposition(s) are not completed on the above date, they will be continued from day-to-day until completed.

The deposition(s) may be recorded stenographically, by audiotape, videotape and/or through the instant visual display of testimony. Plaintiffs reserve the right to use any audiotaped or videotaped portion of the deposition(s) testimony at a hearing or trial on this matter.

1

Dated July 7, 2023.                              Respectfully Submitted,


/s/ Timothy W. Monsees
Timothy W. Monsees, Esq. *(KS# 13507)*
**Monsees & Mayer, P.C.**
4717 Grand Avenue, Suite 820
Kansas City, MO 64112
tmonsees@monseesmayer.com

/s/ Daniel D. Barks
Daniel D. Barks, Esq. *(Admitted Pro Hac Vice)*
**The Law Offices of Daniel D. Barks**
5555 Glenridge Connector, Ste. 550
Atlanta, Georgia 30342
(404) 751-0632
ddb@barks-law.com

/s/ Stuart R. Fraenkel
Stuart R. Fraenkel, Esq. *(Admitted Pro Hac Vice)*
Nicole C. Andersen, Esq *(Admitted Pro Hac Vice)*
Gabriel Barenfeld, Esq. *(Pending Pro Hac Vice)*
**Nelson & Fraenkel, LLP**
601 South Figueroa Street, Ste. 2050
Los Angeles, CA 90017
(844) 622-6469
stuart@nflawfirm.com
nandersen@nflawfirm.com
gbarenfeld@nflawfirm.com

/s/ Rudjard M. Hayes
Rudjard M. Hayes, Esq. *(Admitted Pro Hac Vice)*
Christopher Upshaw, Esq. *(Admitted Pro Hac Vice)*
**Sanchez Hayes & Associates**
1015 Tyrone Road
Bldg. 600 Suite 620
Tyrone, GA 30290
rudjard@sanchezhayeslaw.com
doc@sanchezhayeslaw.com

/s/ Mark H. Grimm
Joseph P. Marasco, Esq. *(Pending Pro Hac Vice)*
Mark Grimm, Esq. *(Pending Pro Hac Vice)*
**Marasco & Nesselbush, LLP**
685 Westminster Street
Providence, RI 02903

 (401) 274-7400
 jmarasco@m-n-law.com
 mgrimm@m-n-law.com

 ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2023, I served the foregoing via electronic mail upon All Counsel of Record.

Dated: July 7, 2023.

                                                                     */s/ Timothy W. Monsees*  
Timothy W. Monsees, Esq. *(KS# 13507)*  
**Monsees & Mayer, P.C.**  
4717 Grand Avenue, Suite 820  
Kansas City, MO 64112  
tmonsees@monseesmayer.com

*/s/ Daniel D. Barks*  
Daniel D. Barks, Esq. *(Admitted Pro Hac Vice)*  
**The Law Offices of Daniel D. Barks**  
5555 Glenridge Connector, Ste. 550  
Atlanta, Georgia 30342  
(404) 751-0632  
ddb@barks-law.com

*/s/ Stuart R. Fraenkel*  
Stuart R. Fraenkel, Esq. *(Admitted Pro Hac Vice)*  
Nicole C. Andersen, Esq *(Admitted Pro Hac Vice)*  
Gabriel Barenfeld, Esq. *(Pending Pro Hac Vice)*  
**Nelson & Fraenkel, LLP**  
601 South Figueroa Street, Ste. 2050  
Los Angeles, CA 90017  
(844) 622-6469  
stuart@nflawfirm.com  
nandersen@nflawfirm.com  
gbarenfeld@nflawfirm.com

*/s/ Rudjard M. Hayes*  
Rudjard M. Hayes, Esq. *(Admitted Pro Hac Vice)*  
Christopher Upshaw, Esq. *(Admitted Pro Hac Vice)*  
**Sanchez Hayes & Associates**  
1015 Tyrone Road  
Bldg. 600 Suite 620  
Tyrone, GA 30290  
rudjard@sanchezhayeslaw.com  
doc@sanchezhayeslaw.com

*/s/ Mark H. Grimm*
Joseph P. Marasco, Esq. *(Pending Pro Hac Vice)*
Mark Grimm, Esq. *(Pending Pro Hac Vice)*
**Marasco & Nesselbush, LLP**
685 Westminster Street
Providence, RI 02903
(401) 274-7400
jmarasco@m-n-law.com
mgrimm@m-n-law.com

***Attorneys for Plaintiffs***

5