# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ZONE FIVE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | CASE NO. 6:20-CV-01059-DDC-RES |
| v. ) | |
| ) | District Judge Daniel D. Crabtree |
| TEXTRON AVIATION, INC., ) | Magistrate Judge Rachel E. Schwartz |
| ) | |
| Defendant. ) | |

## VOLUNTARY STIPULATION OF DISMISSAL
## OF CERTAIN PLAINTIFFS PURSUANT TO RULE 41

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the following Plaintiffs and Defendant enter this Voluntary Stipulation of Dismissal of Certain Plaintiffs of their Claims in this Action with each party to bear its own costs and attorney's fees:

1. Springrock, LLC;

2. Carl Rossi;

3. Zephyr Consulting Group, LLC;

4. Daren Young;

5. Ain McKendrick;

6. Domicile Capital, LLC; and

7. Patrick Corrigan.

Respectfully submitted this 22nd day of January, 2025.

        Respectfully Submitted,

        */s/ Timothy W. Monsees*
        Timothy W. Monsees, Esq. *(KS# 13507)*
        Robert Thrasher, Esq.
        ***Monsees & Mayer, P.C.***
        4717 Grand Avenue, Suite 820
        Kansas City, MO 64112
        tmonsees@monseesmayer.com

/s/ Daniel D. Barks
Daniel D. Barks, Esq. *(Admitted Pro Hac Vice)*
**The Law Offices of Daniel D. Barks**
5555 Glenridge Connector, Ste. 550
Atlanta, Georgia 30342
(404) 751-0632
ddb@barks-law.com

/s/ Stuart R. Fraenkel
Stuart R. Fraenkel, Esq. *(Admitted Pro Hac Vice)*
Nicole C. Andersen, Esq *(Admitted Pro Hac Vice)*
**Nelson & Fraenkel, LLP**
601 South Figueroa Street, Ste. 2050
Los Angeles, CA 90017
(844) 622-6469
stuart@nflawfirm.com
nandersen@nflawfirm.com

/s/ Douglas E. Chabot
Douglas E. Chabot, Esq. *(Admitted Pro Hac Vice)*
**Marasco & Nesselbush, LLP**
685 Westminster Street
Providence, RI 02903
dchabot@m-n-law.com

**Attorneys for Plaintiffs**

/s/ William V. O'Connor
William V. O'Connor, Esq. *(Pro Hac Vice)*
Adam Katz *(Pro Hac Vice)*
**Cooley LLP**
10265 Science Center Drive
San Diego, CA 92121
woconnor@cooley.com

/s/ Michael Jones
Michael Jones, Esq.
Teresa Adams, Esq.
**Martin, Pringle, Oliver, Wallace & Bauer, LLP**
645 E. Douglas, Suite 100
Wichita, KS 67202
mgjones@martinpringle.com

**Attorneys for Defendant**

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, I served the foregoing via the Court's CM/ECF electronic filing system upon All Counsel of Record.

><u>*/s/ Timothy W. Monsees*</u>
>Timothy W. Monsees, Esq. *(KS# 13507)*
>Robert Thrasher, Esq.
>***Monsees & Mayer, P.C.***
>4717 Grand Avenue, Suite 820
>Kansas City, MO 64112
>tmonsees@monseesmayer.com
>rthrasher@monseesmayer.com
>
><u>*/s/ Daniel D. Barks*</u>
>Daniel D. Barks, Esq. *(Admitted Pro Hac Vice)*
>***The Law Offices of Daniel D. Barks***
>5555 Glenridge Connector, Ste. 550
>Atlanta, Georgia 30342
>(404) 751-0632
>ddb@barks-law.com
>
><u>*/s/ Stuart R. Fraenkel*</u>
>Stuart R. Fraenkel, Esq. *(Admitted Pro Hac Vice)*
>Nicole C. Andersen, Esq *(Admitted Pro Hac Vice)*
>***Nelson & Fraenkel, LLP***
>601 South Figueroa Street, Ste. 2050
>Los Angeles, CA 90017
>(844) 622-6469
>stuart@nflawfirm.com
>nandersen@nflawfirm.com
>
><u>*/s/ Douglas E. Chabot*</u>
>Douglas E. Chabot, Esq. *(Admitted Pro Hac Vice)*
>***Marasco & Nesselbush, LLP***
>685 Westminster Street
>Providence, RI 02903
>(401) 274-7400
>dchabot@m-n-law.com
>
>***Attorneys for Plaintiffs***