IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ZONE FIVE, LLC, ET AL.,   )<br>              )<br>        Plaintiffs,   )<br>              )<br>v.            )<br>              )<br>TEXTRON AVIATION INC.,   )<br>              )<br>        Defendant.   ) | CIVIL ACTION<br>CASE NO. 6:20-CV-01059-DDC-RES<br><br>District Judge Daniel D. Crabtree<br>Magistrate Judge Rachel E. Schwartz |

**DEFENDANT TEXTRON AVIATION INC.
MOTION FOR SUMMARY JUDGMENT ON THE
BELLWETHER PLAINTIFFS' CLAIMS AND TO STRIKE THE
<u>BELLWETHER PLAINTIFFS' DAMAGES CLAIMS</u>**

Defendant Textron Aviation Inc. ("TAI") moves the Court for an order (1) granting it summary judgment on all Bellwether Plaintiffs' claims in this case under Fed. R. Civ. P. 56 and D. Kan. Rule 56.1 and (2) striking Plaintiffs' restitution claims under Fed. R. Civ. P. 26(a), 34, and 37(c)(1). In support of this motion, TAI has filed an accompanying memorandum of law.

Respectfully submitted,

By <u>s/ William v. O'Connor</u>
William V. O'Connor (*pro hac vice*)
Matthew D. Martinez (*pro hac vice*)
Rachael M. Heller (*pro hac vice*)
Cooley LLP
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6002
Fax: (858) 550-6420
Email: woconnor@cooley.com
Email: mmartinez@cooley.com
Email: rheller@cooley.com

Joshua Siegel (*pro hac vice*)
Cooley LLP
1299 Pennsylvania Ave. NW, Ste. 700

Washington, DC 20004-2400
Telephone: (202) 842-7800
Fax: (202) 842-7899
Email: jsiegel@cooley.com

*s/ Michael G. Jones*
MICHAEL G. JONES, #14511
GREG A. DRUMRIGHT, #20743
MARTIN, PRINGLE, OLIVER, WALLACE & BAUER LLP
645 E. Douglas, Suite 100
Wichita, KS 67202
Telephone: (316) 265-9311
Fax: (316) 265-2955
Email: mgjones@martinpringle.com
Email: gdrumright@martinpringle.com

*Attorneys for Defendant Textron Aviation Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of April, 2025, I electronically filed the foregoing document via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              *s/ Michael G. Jones*
                                              Michael G. Jones