## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| ZONE FIVE, LLC, ET AL., | ) |
| Plaintiffs, | ) CIVIL ACTION |
| | ) |
| v. | ) CASE NO. 6:20-CV-01059-DDC-RES |
| | ) |
| TEXTRON AVIATION INC., | ) District Judge Daniel D. Crabtree |
| | ) Magistrate Judge Rachel E. Schwartz |
| Defendant. | ) |

### DEFENDANT TEXTRON AVIATION INC.'S
### MOTION TO STRIKE PLAINTIFFS' UNTIMELY FACT AND EXPERT DISCOVERY

Defendant Textron Aviation Inc. ("TAI") moves the Court for an order striking Plaintiffs' untimely fact and expert discovery under FED. R. CIV. P. 16, 26(a) and (e), and 37(c)(1). In support of this motion, TAI has filed an accompanying memorandum of law.

Respectfully submitted,

By *s/ William v. O'Connor*
WILLIAM V. O'CONNOR (*pro hac vice*)
MATTHEW D. MARTINEZ (*pro hac vice*)
RACHAEL M. HELLER (*pro hac vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6002
Fax: (858) 550-6420
Email: woconnor@cooley.com
Email: mmartinez@cooley.com
Email: rheller@cooley.com

JOSHUA SIEGEL (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Ste. 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Fax: (202) 842-7899
Email: jsiegel@cooley.com

*s/ Michael G. Jones*
MICHAEL G. JONES, #14511
GREG A. DRUMRIGHT, #20743
MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.
645 E. Douglas, Suite 100
Wichita, KS 67202
Telephone: (316) 265-9311
Fax: (316) 265-2955
Email: mgjones@martinpringle.com
Email: gadrumright@martinpringle.com

*Attorneys for Defendant Textron Aviation Inc.*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of August, 2025, I electronically filed the foregoing document via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              *s/ Michael G. Jones*
                                              Michael G. Jones